# Order

Michigan Supreme Court
Lansing, Michigan

March 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143812

ROYAL ALEXANDER,
       Plaintiff-Appellee,

v

       SC: 143812
       COA: 301860
       Genesee CC: 09-092311-CZ

BRETT CASSIDY, ROBERT FROST,
and BLAKE HIBEN,
       Defendants-Appellants,

and

NATE GUIGER,
       Defendant.
_____/

       On order of the Court, the application for leave to appeal the September 22, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Court of Appeals for plenary consideration. The court shall address the defendants' claims of immunity under both state and federal law, employing the standards appropriate to those claims.

       We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

_____
Clerk

d0314